## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division


Michael A. Williams

                                  Plaintiff,

v.                                                              Case No.: 1:11–cv–07451
                                                                Honorable John Z. Lee

Lagrou Cold Storage, et al.

                                  Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, July 17, 2012:


        MINUTE entry before Honorable John Z. Lee:Status hearing held on 7/17/2012.
Plaintiffs oral motion for 14 days to respond to interrogatories and discovery requests is
granted until 7/31/12. Plaintiff to provide a written demand to defendant by 7/31/12.
Defendant to provide a written response by 8/14/12. At the request of parties, Fact
discovery is extended until 9/17/12. Status hearing set for 8/28/12 at 9:15 a.m. Mailed
notice(ca, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.