# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS--EASTERN DIVISION

| | | |
|---|---|---|
| **Michael A. Williams** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **Case no. 1:11 CV 07451** |
| | ) | |
| **LaGrou Cold Storage and Jack Stewart** | ) | **Judge John Z. Lee** |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF MOTION

To:  Michael A. Williams
7141 S. Green Street
Chicago, Illinois 60621

On **October 3, 2012, at 9:00 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before **Honorable John Z. Lee** presiding in **Room 1226** of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and shall then and there present **Motion to Dismiss for Want of Prosecution**, a copy of which was filed with the Court's PACER/ECF System.

Michael Burney                                         /s/ Michael Burney
ARDC No. 6302982
Schain, Burney, Banks & Kenny
70 W. Madison Street, Suite 4500
Chicago, IL 60602
Tel. 312.345.5700

## CERTIFICATE OF SERVICE

I, Michael Burney, an attorney, certify that on September 27, 2012, I served a true and correct copy of the foregoing to above-named attorneys who are registered to receive electronic filings, electronically by operation of the Clerk of the U.S. District Court's Electronic Case Filing (ECF):

Michael A. Williams
7141 S. Green Street
Chicago, Illinois 60621

in accordance with the General Order on Electronic Case Filing which documents the parties may access through the Court's ECF.

/s/ Michael Burney