# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Michael A. Williams

                                   Plaintiff,

v.                                                       Case No.: 1:11−cv−07451
                                                            Honorable John Z. Lee

Lagrou Cold Storage, et al.

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 22, 2012:

      MINUTE entry before Honorable John Z. Lee: Defendant's motion to dismiss[37] set for hearing on 10/23/12 at 9:45 a.m. is reset for 10/30/2012 at 10:30 a.m. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.